# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence, MA    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  25-MJ-6129-MPK
Search Warrant Case Number  24-6952 - 6960-MPK (and others, all MPK)
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** Ribert CASADO    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____
**Address:** Lawrence, MA

**Birth date (Yr only):** 1999    **SSN (last 4#):** _____    **Sex:** M    **Race:** _____    **Nationality:** Dominican

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Charles Dell'Anno    **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/17/2025    **Signature of AUSA:** *Charles Dell'Anno*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ribert CASADO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) | Distribute and possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013